No. 263. HINTON *v.* MISSISSIPPI.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by 28 U. S. C. § 2103, certiorari is denied. *Weaver Gore* for appellant. *John W. Kyle,* Attorney General of Missis-

sippi, and *George H. Ethridge,* Assistant Attorney General, for appellee. 